IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:02CR3068 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| REBECCA L. BOCKMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion to dismiss her motion to compel as moot. Finding the motion meritorious as the government has now filed a motion to reduce the defendant's sentence,

IT IS ORDERED that the motion to dismiss the motion to compel as moot (filing 46) is granted, and the motion to compel (filing 37) is denied, without prejudice, as moot.

April 19, 2005.                                    BY THE COURT:

                                                    *s/Richard G. Kopf*
                                                    United States District Judge